IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELIZABETH WIGGINS,**  )  )  Petitioner/Defendant,  )  )  vs.  )  )  **UNITED STATES of AMERICA ,**  )  )  Respondent/Plaintiff.  )  | **CIVIL NO. 06-cv-656-WDS**  **CRIMINAL NO. 93-cr-30025** |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

November 1, 2006            By:   **s/ WILLIAM D. STIEHL**
*Date*                              *District Judge*